**Opinion issued July 13, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-23-00460-CV

———————————

## IN RE EDMUND B. HEIMLICH, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator Edmund B. Heimlich has filed a petition for writ of mandamus requesting that we order the administrative judge to grant relator permission to file various motions.[1]

---

[1]     The underlying case is *In the Estate of Ernest L. Heimlich, Deceased*, cause number 495484, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Jerry Simoneaux presiding.

1

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We

dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.